JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| GABRIEL BALDWIN, | ) | No. CV 07-05501-GAF (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGEPETH, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the First Amended Petition for Writ of Habeas Corpus is denied and the case is dismissed with prejudice.

DATED: March 27, 2013

GARY A. FEESS
UNITED STATES DISTRICT JUDGE